**Raymond Edward CHESTNUT, Plaintiff–Appellant,**

v.

**Toni McCOY, correctional officer, individual capacity, Defendant–Appellee.**

**No. 14–7411.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 1, 2015.

Decided: July 30, 2015.

Raymond Edward Chestnut, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Edward Chestnut appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Chestnut v. McCoy*, No. 1:13–cv–01814–RBH, 2014 WL 4199112 (D.S.C. Aug. 20, 2014). Chestnut's motions for appointment of counsel are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

\* The district court adopted the magistrate judge's report and recommendation as modified to reflect that the action is deemed a

---

strike pursuant to 28 U.S.C. § 1915(g) (2012) due to its frivolousness.